FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Criminal No. 26-MJ-2229 JFR

CHRISTINA ALVARADO-PIZARRO,

Defendant.

**SECOND ORDER TOLLING SPEEDY TRIAL COMPUTATION**

The Court, having reviewed Defendant's *Second Waiver of Time for Filing Indictment and Continuance of Grand Jury Presentment* (Doc. 18), and noting no opposition, finds the ends of justice served by allowing the request to toll the speedy indictment computation outweigh the interests of the defendant and the public in a speedy indictment.

The Court finds that tolling the speedy indictment computation will substantially increase the likelihood of the parties reaching a settlement in this case in a manner more favorable for the defendant than would be available post-indictment and would avoid the need for a trial. The Court expressly finds that the public's interest in a speedy indictment is outweighed by the (1) the public's interest in the potential for pre-indictment resolution of this case, which would result in a quicker resolution of the case and which would spare the judicial, prosecutorial, defense, and law enforcement resources that would be expended if this case proceeded to trial; and (2) the potential benefit conferred upon the defendant in an expedited resolution of the case.

IT IS THEREFORE ORDERED that an additional period of time not to exceed 75 days is hereby excluded from the computation of a speedy indictment pursuant to 18 U.S.C. § 3161(b) and (h)(7)(A), leading to a new deadline of **October 1, 2026**.

**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

*/s/ signed electronically on 08/17/2026*
**ANGELICA HALL, AFPD**
Attorney for Defendant Alvarado-Pizarro

Approved by:

*Telephonic approval on 08/06/2026*
**RUMALDO ARMIJO, AUSA**
United States Attorney's Office